IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **PET-AG, INC**, a Delaware corporation,, | ) | |
| | ) | |
| Plaintiff, | ) | Case No: 1:23-cv-00569 |
| | ) | |
| v. | ) | Hon. Sara L. Ellis |
| | ) | |
| **DALE'S BEARDED DRAGONS & PET SUPPLY LLC**, a New Jersey limited liability company, and **JOHN DOES 1-10**, individually or as corporations/business entities, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**AGREED MOTION TO CONTINUE INITIAL STATUS CONFERENCE AND DEADLINE TO FILE INITIAL STATUS REPORT IN LIGHT OF SETTLEMENT IN PRINCIPLE REACHED BY THE PARTIES**

Plaintiff Pet-Ag, Inc. ("Plaintiff") submits this agreed motion requesting that the Court continue the initial status conference that is currently scheduled to occur in this matter on March 30, 2023 and extend the parties' deadline to file an initial status report. In support, Plaintiff states as follows:

1. Plaintiff filed its complaint in this action on January 31, 2023. (Dkt. 1.)

2. On February 6, 2023, the Court scheduled an initial status conference to occur on March 30, 2023 and ordered that the parties must file an initial status report on or before March 23 2023. (Dkt. 9.)

3. Plaintiff served Defendant Dale's Bearded Dragons & Pet Supply LLC ("Defendant") with its complaint and the Court's summons on February 3, 2023. (Dkt. 10.) Shortly

thereafter, Plaintiff was contacted by counsel for Defendant and the parties entered into settlement discussions.

4. In recent days, the parties have reached an agreement in principle that will fully resolve this matter. The parties are in the final steps of finalizing and executing their settlement agreement.

5. In light of the parties' agreement in principle, Plaintiff believes it would be an inefficient use of the parties' and the Court's resources to prepare an initial status report and proceed with the initial status conference currently scheduled for March 30, 2023. Plaintiff anticipates that the parties will fully execute their settlement agreement within the following week and Plaintiff will file a notice to dismiss this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) after the parties have finalized their settlement.

6. Accordingly, Plaintiff requests that the Court continue the initial status conference that is currently scheduled for March 30, 2023 and extend the parties' associated deadline to file an initial status report by approximately three weeks or whatever other time the Court deems appropriate. Plaintiff anticipates that it will file a notice to dismiss this action before any rescheduled initial status conference would occur and requests that the Court leave this matter open until Plaintiff files a notice of dismissal. Given that the parties have reached an agreement in principle and there will very likely be no need to hold an initial status conference, there is good cause to continue the initial status conference and extend the parties' deadline to file an initial status report.

7. Plaintiff has discussed this motion with Defendant, and Defendant approves of the relief requested in this motion.

-3-

**WHEREFORE**, Plaintiff respectfully requests that the Court grant this agreed motion, continue the initial status conference that is currently scheduled to occur on March 30, 2023, and extend the parties' associated deadline to file an initial status report.

Dated: March 23, 2023

Respectfully submitted,

*/s/ Daniel C.F. Wucherer*
Daniel C.F. Wucherer
VORYS, SATER, SEYMOUR AND PEASE LLP
301 E. 4th Street, Suite 3500
Cincinnati, OH 45202
Tel: (513) 723-4093: Fax: (513) 852-7811
dcwucherer@vorys.com

Matthew Jason Singer
MATT SINGER LAW, LLC
77 W. Wacker Drive, Suite 4500
Chicago, IL 60601
Tel: (312) 248-9123
matt@mattsingerlaw.com

***Attorneys for Plaintiff Pet-Ag, Inc.***